FILED

JUL 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL DRAGOVICH; et al., | No. 12-16461 |
| Plaintiffs - Appellees, | D.C. No. 4:10-cv-01564-CW |
| v. | Northern District of California, Oakland |
| BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | ORDER |
| Intervenor-Defendant - Appellant, | |
| And | |
| UNITED STATES DEPARTMENT OF THE TREASURY; et al., | |
| Defendants. | |

| | |
|---|---|
| MICHAEL DRAGOVICH; et al., | No. 12-16628 |
| Plaintiffs - Appellees, | D.C. No. 4:10-cv-01564-CW |
| v. | Northern District of California, Oakland |
| UNITED STATES DEPARTMENT OF THE TREASURY; et al., | |
| Defendants - Appellants, | |
| And | |

BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and ANNE STAUSBOLL, Chief Executive Officer, CalPERS,

    Defendants,

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,

    Intervenor-Defendant.

    The motion of the Bipartisan Legal Advisory Group under Federal Rule of Appellate Procedure 42(b) to dismiss No. 12-16461 is granted. The parties shall bear their own costs on appeal for No. 12-16461

    The stay of proceedings in No. 12-16628 is lifted; the current schedule remains in place.

    This order serves as and for the mandate of the court as to No. 12-16461 only.

For the Court:

Molly C. Dwyer, Clerk of Court

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10