IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL DRAGOVICH, *et al*., <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al*., <br><br>Defendants-Appellants, <br><br>and <br><br>BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; ANNE STAUSBOLL, Chief Executive Officer, CalPERS, <br><br>Defendants, <br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>Intervenor-Defendant. | No. 12-16628 <br><br>Plaintiffs' Amended Clarifying Statement Regarding Consent Motion To Vacate In Part and Remand |

Plaintiffs consent to the disposition of this matter by remand to the district court for reconsideration based upon the subsequent developments of *United States v. Windsor*, 133 S. Ct. 2675 (2013), *Hollingsworth v. Perry*, 133 S. Ct. 2652 (2013), and the resumption of marriage equality in California.

Plaintiffs clarify that they do not concur with the federal government's statement that "domestic-partner plaintiffs in this case now can get married, should they choose to do so," as this may not be true for all class members.[1] Some class member couples may be living out of state. Some may be in registered domestic partnerships with persons who are not able to marry due to a mental or physical impairment that impairs consent to marriage. Some may have been in registered domestic partnerships, and their partners have died during the partnership.

Further, some domestic-partner class member couples may choose not to marry, or not to marry immediately, and may yet have constitutional claims. Some domestic-partner class member couples who now can and do marry may seek remedial relief for their past exclusions. There may be additional constitutional questions.

Nevertheless, Plaintiffs agree that given the intervening legal developments these matters are better considered in the first instance by the District Court.

Respectfully submitted,

                                        LEGAL AID SOCIETY –
                                        EMPLOYMENT LAW CENTER

August 7, 2013                    By:   s/ Claudia Center
                                        Claudia Center, Counsel for Plaintiffs

---

[1] Although Plaintiffs consented to remand, they did not have an opportunity to review the federal government's motion prior its being filed.

Case No. 12-16628
Page 2

9th Circuit Case Number(s): 12-16628

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Aug 7, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): /s/ Claudia Center

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format):